AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)  Whelan, Thomas J. | 2. Court or Organization  U.S. District – Southern District of California | 3. Date of Report  3-15-07 |
|---|---|---|

| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge – Active | 5a. Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial  X  Annual  ___ Final  5b. ___ Amended Report | 6. Reporting Period  1/01/06 – 12/31/06 |
|---|---|---|

| 7. Chambers or Office Address  U.S. District Court  940 Front Street  San Diego, CA  92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Member, Board of Directors | University of San Diego, School of Law, Alumni Assn. |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1997 | County Of San Diego Retirement Plan – No Control |
| 1998 | State Of California Judicial Retirement Plan – No Control |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2006 | County Of San Diego – Retirement | $ 37,328 |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| | | |
| | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 San Diego County Credit Union | D | INT | M | T | | | | | |
| 2 Real Estate, San Diego California | NONE | | M | W | | | | | |
| 3 County of San Diego Deferred Comp. Plan | C | INT | M | T | | | | | |
| 4 State of California Deferred Comp. Plan | A | INT | J | T | Withdrawal of Bal. | 2/6 | K | | |
| 5 Diocese Of San Diego Deferred Comp. Plan | A | INT | K | T | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whelan, Thomas J. | 3-15-07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _____3/15/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544